# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-3868

_____

| | | |
|---|---|---|
| John Hagenaar; Shirley Hagenaar, | * | |
| | * | |
| Appellants, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Andrew County Sheriff's Department; | * | Western District of Missouri. |
| Gary Howard; Robert Elam; City of | * | |
| Savannah; Janet Hatcher; Ron | * | [UNPUBLISHED] |
| Holliday, | * | |
| | * | |
| Appellees. | * | |

_____

Submitted: February 2, 2009
Filed: February 23, 2009

_____

Before BYE, COLLOTON, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

John and Shirley Hagenaar appeal the district court's[1] dismissal of their complaint for lack of subject matter jurisdiction. Following careful de novo review, we conclude dismissal was proper because the Hagenaars failed to state a claim for relief against any named defendant. See LeMay v. U.S. Postal Serv., 450 F.3d 797,

_____

[1]The Honorable Gary A. Fenner, United States District Judge for the Western District of Missouri.

799 (8th Cir. 2006) (standard of review); Phipps v. FDIC, 417 F.3d 1006, 1010 (8th Cir. 2005) (this court may affirm for any reason supported by record).

Accordingly, we affirm. See 8th Cir. R. 47B.

_____